[No. 2799–6–III.   Division Three.   November 18, 1980.]

THOMAS A. PREDILETTO, *Appellant,* v. TREE
FRESH, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77–2–00777–6, Bruce P. Hanson, J.,
entered February 3, 1978. *Affirmed* by unpublished per
curiam opinion.

[No. 4014–3–III.   Division Three.   November 18, 1980.]

DOUGLAS D. PETERS, ET AL, *Appellants,* v. TREE
FRESH, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 77–2–00776–8, Carl L. Loy, J., entered
August 3, 1979. *Affirmed* by unpublished opinion per
McInturff, A.C.J., concurred in by Munson and Roe, JJ.

[No. 3522–1–III.   Division Three.   November 18, 1980.]

*In the Matter of the Marriage of* RONALD ADAMS,
*Appellant, and* GLORIA JEANNE ADAMS,
*Respondent.*

Appeal from a judgment of the Superior Court for
Chelan County, No. 32202, Charles W. Cone, J., entered
June 8, 1979. *Affirmed* by unpublished opinion per
McInturff, A.C.J., concurred in by Green, C.J., and
Munson, J.